tion for a writ of certiorari herein denied. *Mr. William Lucking,* for appellant, in support of the petition. *Mr. Henry I. Armstrong, Jr.,* for appellee, in opposition to the petition.

---

No. 830. EDMOND C. FLETCHER *v.* ISAIAH S. COOMES ET AL. March 5, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Camden R. McAtee* for petitioner. No appearance for respondents.

---

No. 844. JACKSONVILLE FORWARDING COMPANY *v.* COUNTY OF NASSAU, STATE OF FLORIDA. March 5, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Florida denied. *Mr. George C. Bedell* for petitioner. *Mr. Martin H. Long* for respondent.

---

No. 867. FRANK N. SNELL ET AL. *v.* FRANK SNELL SAWMILL COMPANY ET AL. March 5, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William M. Toomer* for petitioners. *Mr. Samuel Silbiger* for respondents.

---

No. 805. LEHIGH & HUDSON RIVER RAILWAY COMPANY *v.* FLORENCE M. OTTERSTEDT, ON BEHALF OF HERSELF AND MINOR CHILDREN. March 12, 1923. Petition for a writ of certiorari to the Supreme Court, Appellate Division, Third Department, of the State of New York, denied for failure to submit the petition within the time prescribed by the rule. *Mr. John J. Beattie* for petitioner. *Mr. E. Clarence Aiken* for respondent.